# UNITED STATES DISTRICT COURT
## for the
## Northern District of Illinois

| | |
|---|---|
| Pearson <br> *Plaintiff* <br> v. <br> PeopleScout <br> *Defendant* | ) <br> ) <br> ) Civil Action No.    10 c 5542 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:

    For the foregoing reasons, PeopleScout's motion to dismiss (Doc. 23) is granted and Pearson's amended complaint is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge    Virginia M. Kendall    on a motion to    dismiss    by the defendant.

Date:    Apr 26, 2011            Michael W. Dobbins, Clerk of Court

                                                                                 /s        Tresa S. Abraham